UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-327M |
| CHEUK WING CHU, | ) DETENTION ORDER |
| Defendant. | ) |

Offense charged:

Conspiracy to Engage in Bulk Cash Smuggling in violation of 31 U.S.C. §§ 5332(a) and 5332(b)(1).

Date of Detention Hearing:    November 29, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is facing serious penalties if convicted of the pending charges.

(2)    Defendant is a citizen of Canada.

(3)    Defendant has no ties to this community or to the Western District of Washington, with the possible exception of his wife, who has applied to become a permanent resident of Canada.

(4)    Defendant has strong family ties and close contacts to China.

01     (5)    There are no conditions or combination of conditions other than detention
02 will address the risk of flight and reasonably assure the appearance of the defendant as
03 required.
04     IT IS THEREFORE ORDERED:
05     (1)    Defendant shall be detained pending trial and committed to the custody of the
06     Attorney General for confinement in a correction facility separate, to the
07     extent practicable, from persons awaiting or serving sentences or being held in
08     custody pending appeal;
09     (2)    Defendant shall be afforded reasonable opportunity for private consultation
10     with counsel;
11     (3)    On order of a court of the United States or on request of an attorney for the
12     government, the person in charge of the corrections facility in which
13     defendant is confined shall deliver the defendant to a United States Marshal
14     for the purpose of an appearance in connection with a court proceeding; and
15     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
16     counsel for the defendant, to the United States Marshal, and to the United
17     States Pretrial Services Officer.
18     DATED this 29th day of November, 2006.
19
20                          JAMES P. DONOHUE
                            United States Magistrate Judge
21
22
23
24
25
26

DETENTION ORDER         15.13
18 U.S.C. § 3142(i)        Rev. 1/91
PAGE 2